IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BETTY GRIGGS,
    Plaintiff,

vs.                                      Case No. 5:07cv274/SPM/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____ /

**<u>ORDER</u>**

        Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the Defendant and an Amended Motion to Proceed in Forma Pauperis with an attached affidavit of financial status (Docs. 1, 5).  In the affidavit of financial status, Plaintiff indicates that she and her husband have a combined monthly income of approximately $1,260.00, with monthly debts totaling approximately $1,203.00 (Doc. 5 at 2–3).  The court notes that in a prior affidavit of financial status, Plaintiff reported that her monthly debts totaled approximately $589.00 (*see* Doc. 3 at 3).  Given the disparity between Plaintiff's figures in the two affidavits,[1] the instant motion shall be denied without prejudice.  If Plaintiff chooses to file a third motion to proceed in forma pauperis, she must submit documentation with the motion to support her sworn statements regarding her monthly expenses (see Doc. 5 at 4, ¶ 4), and the documentation shall cover the three-month time period preceding the filing of the motion.  Alternatively, Plaintiff may pay the $350.00 filing fee.

---

[1] The court finds it curious that Plaintiff forgot to include about $614.00 in monthly expenses in her first affidavit of financial status.  Moreover, subtracting Plaintiff's newly reported monthly expenses from her monthly income leaves only $57.00 per month, but Plaintiff has failed to explain (which she can do in section IV.7 of the affidavit of financial status) how she is able to get by on only $57.00 a month, especially considering that she has also stated under oath that she has no other source of income other than the amounts listed (i.e., her income and her husband's SSI) (*see* Doc. 5).

Accordingly, it is **ORDERED**:

1.	Plaintiff's amended motion for leave to proceed in forma pauperis (Doc. 5) is **DENIED without prejudice**.

2.	Within **THIRTY (30) DAYS** of the date of docketing of this order, Plaintiff shall either pay the filing fee in the amount of $350.00 or submit a second amended motion to proceed in forma pauperis.  If Plaintiff chooses to submit a motion to proceed in forma pauperis, she shall also submit documentation with the motion to support her sworn statements regarding her monthly expenses, and the documentation shall cover the three-month period preceding the filing of the motion.

**DONE AND ORDERED** this 18th day of December 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**