IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BETTY GRIGGS,

    Plaintiff,

vs.                                    Case No.:5:07-CV-274-SPM/EMT

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.
_____/

**AMENDED[1] ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING CASE**

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 22). The parties have been furnished a copy and have been afforded an opportunity to file objections. To date, n objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1.    The Magistrate Judge's Report and Recommendation (doc. 22) is adopted and incorporated by reference in this order.

---

[1] Amended to dismiss the case without prejudice.

2.  This case is hereby ***dismissed without prejudice***.

3.  The Clerk is directed to close the file.

DONE AND ORDERED this <u>tenth</u> day of October, 2008.


       *s/ Stephan P. Mickle*

       Stephan P. Mickle
       United States District Judge